IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No.: 1:22-cv-00707-SDG |
| HARTFORD FIRE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

- Plaintiff must disclose its expert(s), with accompanying report(s), on or before November 22, 2022.

- Defendant must disclose its expert(s), with accompanying report(s), on or before November 22, 2022.

- Plaintiff and Defendant must disclose rebuttal expert(s) on or before January 23, 2023.
- The "close of discovery" shall be on February 20, 2023.

IT IS SO ORDERED, this 23rd day of May, 2022.

STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE