IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 1:22-CV-707-SDG |

## ORDER MODIFYING SCHEDULING ORDER

Based on the representations of the parties, the Court FINDS that good cause exists to modify the Scheduling Order. It is therefore ORDERED that the Scheduling Order (Doc. 12; Doc. 22) is MODIFIED as follows:

1. Each party must disclose its expert(s), with reports, by November 10, 2023;

2. Each party must disclose rebuttal expert(s) by January 12, 2024; and

3. The "close of discovery" shall be on February 23, 2024.

- 2 -

IT IS SO ORDERED this 25th day of July, 2023.

                                                                              Honorable Steven D. Grimberg
                                                                              United States District Judge