IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN CORPORATION,<br>    Plaintiff,<br><br>v.<br><br>HARTFORD FIRE INSURANCE COMPANY,<br>    Defendant. | Case No. 1:22-CV-707-SDG |

**[PROPOSED]**
**ORDER**

Before the Court is the parties' Joint Motion to Modify Scheduling Order. For the reasons stated in the motion, the Court FINDS that good and sufficient cause exists to modify the Scheduling Order as requested. It is therefore ORDERED that the motion is GRANTED and that the Scheduling Order in this matter is AMENDED as follows:

1. Each party must disclose its expert(s), with reports, by **May 8, 2024**;

2. Each party must disclose rebuttal expert(s) by **July 12, 2024**; and

3. The "close of discovery" is on **August 23, 2024**.

IT IS SO ORDERED this _____ day of _____, 2024.

                                             _____
                                             Honorable Steven D. Grimberg
                                             United States District Judge