IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NORFOLK SOUTHERN CORPORATION, | |
| Plaintiff, | |
| v. | Case No. 1:22-CV-707-SDG |
| HARTFORD FIRE INSURANCE COMPANY, | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Norfolk Southern Corporation and Defendant Hartford Fire Insurance Company (collectively, the "Parties") file this Stipulation of Dismissal With Prejudice notifying the Court that the Parties stipulate that this action is dismissed with prejudice in its entirety and that no further claims remain in this matter. The Parties further stipulate that each party is to bear its own costs.

1

Respectfully submitted this the 16th day of January, 2025.

| /s/ *Thomas K. Wingfield* | /s/ *Christopher C. Frost (signed w/ express permission)* |
|---|---|
| Thomas K. Wingfield | Christopher C. Frost |
|    Georgia Bar No. 770653 |    Georgia Bar No. 101084 |
|    twingfield@hallboothsmith.com |    cfrost@maynardnexsen.com |
| HALL BOOTH SMITH, P.C. | John A. Little, Jr. |
| 191 Peachtree Street, Suite 2900 |    Georgia Bar No. 528483 |
| Atlanta, GA 30303-1775 |    jlittle@maynardnexsen.com |
| T: (404) 954-5000 | Caleb C. Wolanek |
| F: (404) 954-5020 |    Admitted *Pro Hac Vice* |
|  |    cwolanek@maynardnexsen.com |
| *Counsel for Plaintiff* | MAYNARD NEXSEN PC |
| *Norfolk Southern Corporation* | 1901 Sixth Avenue North, Suite 1700 |
|  | Birmingham, AL 35203 |
|  | T: (205) 254-1000 |
|  | F: (205) 254-1999 |
|  |  |
|  | *Counsel for Defendant* |
|  | *Hartford Fire Insurance Company* |

## CERTIFICATE OF SERVICE

I certify that on January 16th, 2025, I e-filed the foregoing with the Clerk of Court via CM/ECF, which will serve all counsel of record.

/s/ *Thomas Wingfield*
*Counsel for Plaintiff Norfolk*
*Southern Corporation*
